Opinion issued November 7, 2002


 

 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00527-CV

____________


DONALD KEITH LUCAS, Appellant


V.


KIMBERLY KAY HESSONG, Appellee






On Appeal from the 387th District Court

Fort Bend County, Texas

Trial Court Cause No. 83,625






O P I N I O N

 This is an appeal from a judgment signed on April 9, 2002. A motion for new
trial and notice of appeal were filed on May 8, 2002. 

 On September 5, 2002, this Court sent appellant a notice informing him that
the district clerk had advised this Court that the reason the clerk's record had not been
filed was because appellant had not paid for it. The notice also informed appellant
that this Court might dismiss his appeal for want of prosecution unless within 15 days
of the date of the notice he made arrangements to pay for the record and provided this
Court with proof of payment. The 15 days have expired and appellant has not
responded to this Court's September 5 notice.

 Accordingly, appellant's appeal is dismissed for want of prosecution. See 
Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.